**IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION**

UNITED STATES OF AMERICA,             :

vs.                                    : CRIMINAL NO.:  23-CR-197-TFM

DAVID BAILEY.                 :

**REPORT AND RECOMMENDATION
CONCERNING PLEA OF GUILTY**

The Defendant, DAVID BAILEY, by consent, has appeared before the undersigned pursuant to Rule 11 of the Federal Rules of Criminal Procedure, and has entered a plea of guilty to **Count One** of the Indictment charging a violation of Title 18, United States Code, Section 922(g)(1), felon in possession of a firearm.

After cautioning and examining the Defendant under oath concerning each of the subjects mentioned in Rule 11, the Court determined that the guilty plea was knowledgeable and voluntary, and the offense(s) charged is supported by an independent basis in fact as to each of the essential elements of such offense.  The Court therefore recommends that the plea of guilty be accepted and that Defendant DAVID BAILEY be adjudged guilty and have sentence imposed accordingly.

**NOTICE TO PARTIES**

**A party has fourteen days from this date to file written objections to the Report and Recommendation's factual findings and legal conclusions.  A party's failure to file written objections waives that party's right to challenge on appeal any unobjected-to factual finding or legal conclusion the district judge adopts from the Report and Recommendation.  See 11ᵗʰ Cir. R. 3-1.**

DONE and ORDERED this 27th  day of December, 2023.

                                         _____s/SONJA F. BIVINS_____
                                         UNITED STATES MAGISTRATE JUDGE