## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| vs. | ) CRIM. ACT. NO. 1:23-cr-197-TFM-B |
| | ) |
| DAVID BAILEY | ) |
| | ) |

### ORDER

On December 27, 2023, Defendant David Bailey, by consent, appeared before the Magistrate Judge and entered a plea of guilty to Count One of the Indictment (Doc. 1) charging Felon in Possession of a Firearm in violation of Title 18, United States Code, Section 922(g)(1). *See* Docs. 22, 23. The Magistrate Judge entered a Report and Recommendation wherein she recommends that the plea of guilty be accepted. *See* Doc. 24. No objections were filed and the time frame has passed.

Accordingly, the Report and Recommendation (Doc. 24) is **ADOPTED** as the opinion of this Court. The plea of guilty of the Defendant to Count One of the Indictment is accepted, and the Defendant is adjudged guilty of the offense. The Defendant will remain in custody pending sentencing.

A sentencing hearing was previously scheduled for **April 18, 2024, at 11:30 a.m**., under separate order. *See* Doc. 23.

**DONE and ORDERED** this 11th day of January, 2024.

/s/ Terry F. Moorer
TERRY F. MOORER
UNITED STATES DISTRICT JUDGE